Brian D. Sullivan
FOX ROTHSCHILD LLP
75 Eisenhower Parkway, Suite 200
Roseland, NJ 07068
Tel: (973) 994-7525
Email: bsullivan@foxrothschild.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BLUE SKY 1, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC,<br><br>　　　　　　Defendant. | **Case No. 2:16-cv-00207-ES-JAD**<br><br><br>Motion Day: March 7, 2016 |

## [PROPOSED] ORDER

THIS MATTER having been brought before the Court by Fox Rothschild LLP, attorneys for Defendant Jaguar Land Rover North America, LLC, for an Order pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss the Complaint with prejudice for failure to state a claim on which relief can be granted, and the Court having

\\NY - 029018/000077 - 4680510 v1

considered the supporting and opposing papers submitted by the parties and the arguments, if any, and the entire record herein, and good cause being shown,

IT IS on this ___ day of _____ 2016:

ORDERED, that Defendant's motion be, and hereby is, GRANTED; and it is further

ORDERED, that plaintiffs' Complaint is DISMISSED WITH PREJUDICE.

_____
The Honorable Esther Salas
United States District Judge