Brian D. Sullivan
FOX ROTHSCHILD LLP
75 Eisenhower Parkway, Suite 200
Roseland, NJ 07068
Tel: (973) 994-7525
Email: bsullivan@foxrothschild.com
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BLUE SKY 1, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC,<br><br>        Defendant. | **Case No. 2:16-cv-00207-ES-JAD**<br><br><br>Motion Day: March 7, 2016 |

### CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2016, the following documents were served electronically in accordance with the electronic case filing policies and procedures on the attorney of record for Plaintiff listed below:

1. Defendant's Notice of Motion to Dismiss, dated February 1, 2016;

\\NY - 029018/000077 - 4680622 v1

2. Declaration of Lee Maas in Support of Motion to Dismiss, dated February 1, 2016, and the exhibits annexed thereto:;

3. Defendant's Brief in Support of Motion to Dismiss, dated February 1, 2016; and

4. [Proposed] Order.

To: Thomas G. Russomano, Esq.
Schiller & Pittenger, P.C.
1771 Front Street
Scotch Plains, NJ 07076
*Attorneys for Plaintiff*

                                                  s/*Brian D. Sullivan*
                                                  Brian D. Sullivan

\\NY - 029018/000077 - 4680622 v1